TOWN OF THOMASTON *v*. EDWARD F. GEBELEIN, JR.
(13106)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued April 28—decision released May 23, 1995

*Edward F. Gebelein, Jr.,* pro se, the appellant (defendant).

*Michael D. Rybak,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded to the trial court for further proceedings.